UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.==

UNITED STATES OF AMERICA )
)
v. ) No. 3:14-00013
) JUDGE TRAUGER
JOHN GAINES )

## JOHN GAINES'S MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL

**COMES** now the accused, **JOHN GAINES,** through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and moves this Honorable Court to enter an order continuing the trial in this matter presently scheduled for Tuesday, July 8, 2014, at 9:00 a.m. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. The trial of Mr. Gaines's case is scheduled to commence Tuesday, July 8, 2013, at 9:00 a.m. Counsel for Mr. Gaines is not in a position to proceed to trial on that date.

2. The Sixth Amendment right to counsel guarantees more than that Mr. Gaines should have a lawyer. It assures "effective aid in the preparation and trial of the case. *Powell v. Alabama*, 287 U.S. 45, 71 (1932); *see Strickland v. Washington*, 466 U.S. 668, 684-88 (1984). "[T]he essential aim of the [Sixth] Amendment is to guarantee an effective advocate for each criminal defendant . . .," *Wheat v. United States*, 486 U.S. 153 (1988),