UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.**
>
> /s/ Aleta A. Trauger

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00013 |
| | ) | JUDGE TRAUGER |
| JOHN GAINES | ) | |

## JOHN GAINES'S MOTION TO CONTINUE TRIAL

**COMES** now the accused, **JOHN GAINES,** through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and moves this Honorable Court to enter an order continuing the trial in this matter presently scheduled for Tuesday, September 30, 2014, at 9:00 a.m. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. The trial of Mr. Gaines's case is scheduled to commence Tuesday, September 30, 2014, at 9:00 a.m. Counsel for Mr. Gaines requests a postponement of that trial date.

2. The parties are presently engaged in settlement negotiations with an eye toward resolving this matter short of trial.

3. It is believed that given additional time, consummation of a settlement will be forthcoming.

4. An executed Speedy Trial Waiver prepared pursuant to the Middle District of Tennessee's *Plan for the Prompt Disposition of Criminal Cases* will be filed immediately upon receipt.