Prob 12A - EZ
(02/2017)

# United States District Court
## for
## Middle District of Tennessee

## Memo on Offender Under Supervision

Name of Offender:  John Gaines       Case Number: 3:14-00013

Name of Current Judicial Officer: Honorable Judge Aleta A. Trauger, U.S. District Judge

Original Offense(s):  18 U.S.C. § 922(g)(1) Felon in Possession of Firearm

Original Sentence:  48 months' custody followed by three years of supervised release

Date Supervision Commenced: July 19, 2017

## ALLEGED VIOLATIONS

Mr. Gaines recently tested positive for cocaine use. The probation office is addressing the matter and is not recommending any further action from the Court at this time.

| Date of Drug Test | Drug Indicated on Test | Admitted Use |
| --- | --- | --- |
| 07/25/2017 | Cocaine | Yes |
| 07/25/2017 | N/A | Admitted opiate use |
| 08/31/2017 | Cocaine | Yes |

The offender:
- ☒ Has been referred for substance abuse treatment
- ☒ Continues to receive and participate in substance abuse treatment
- ☐ Will participate in an increased frequency of substance abuse treatment
- ☐ Has been placed on a formal random drug testing program
- ☒ Continues to be enrolled in a formal random drug testing program
- ☒ Will be subject to an increased frequency of random drug tests

Mr. Gaines is aware of the ramifications set forth in 18 U.S.C. § 3583g (1), (3), and (4) and if drug use persists, despite treatment and testing efforts, the probation office will seek further action before the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted this 7th day of September, 2017,

Approved by:

Jeffrey Schmidt
United States Probation Officer

Britton Shelton
Supervisory U.S. Probation Officer

- ☒ No further action at this time
- ☐ Submit a petition for a summons
- ☐ Other

Aleta A. Trauger
United Stated District Judge

Date 9/7/17